IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEANNE CECIL,

        Plaintiff,

CIVIL ACTION NO. 08-00917

v

Judge Gary L. Lancaster

UNITED STEEL WORKERS OF AMERICA,

        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal With Prejudice,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice, each side bearing its own costs and fees; and the Court shall have jurisdiction to enforce the terms of the parties' July 7, 2009 agreement in this action.

SO ORDERED this __12__ day of August, 2009.

_____
Gary L. Lancaster
United States District Judge

cc:    All counsel of record